1002

## EGG SAFETY CARTON CORPORATION v. COMMISSIONER OF INTERNAL REVENUE.

No. 6384.

Circuit Court of Appeals, Seventh Circuit.

Sept. 11, 1937.

Benjamin H. Saunders, C. F. Rothenburg, and John Enrietto, all of Washington, D. C., for petitioner.

James W. Morris, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 19, 1937, be, and the same is hereby, dismissed.

## Victor J. EVANS, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia.

No. 8591.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

Victor J. Evans, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger and E. T. Nichols, all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

## FEDERAL TRADE COMMISSION v. BRECHT CANDY COMPANY.

No. 1612.

Circuit Court of Appeals, Tenth Circuit.

Oct. 21, 1937.

W. T. Kelley, Chief Counsel, Federal Trade Commission, Martin A. Morrison, Asst. Chief Counsel, Henry C. Lank and James W. Nichol, Sp. Atty., all of Washington, D. C., for petitioner.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decree affirming order of Federal Trade Commission.

## FEDERAL TRADE COMMISSION v. COSNER CANDY COMPANY.

No. 1611.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1937.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for petitioner.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decree affirming order of Federal Trade Commission.

## FEDERAL TRADE COMMISSION, Petitioner, v. LEADER NOVELTY CANDY COMPANY, Inc., Respondent.

No. 29.

Circuit Court of Appeals, Second Circuit.

Oct. 7, 1937.

Martin A. Morrison, of Washington, D. C., for petitioner.